**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re: | )Case No. 10-07634-DD |
|     Marcus Wayne Brackeen | )Chapter 7 |
| | ) |
| Debtor_____ | ) |

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE OF APPLICATION AND OPPORTUNITY FOR HEARING

CONCERNING SALE FREE AND CLEAR OF LIENS

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to sell the property herein described free and clear of liens according to the terms and conditions stated below. A copy of the proposed order accompanies this notice:

**TYPE OF SALE**: Private Sale

**PROPERTY TO BE SOLD**:

Carolina Walk Park, South Stadium Rd, Unit 325, Columbia, SC 29201   TMS 1129-04-29, Richland County

**SALES PRICE:** $ 7500

**APPRAISAL VALUE**: Debtor valued at $10,000

**NAME OF BUYER:**  Langston Spotts and Catherine Spotts, 1428 Blackbird Drive, West Columbia, SC 29169

**PLACE AND TIME OF SALE**:  As soon as possible after entry of order approving sale.

**SALES AGENT/AUCTIONEER/BROKER/ETC**.  Jackson L. Cobb, 1126 Pine Croft Drive, West Columbia, SC 29170,  803-794-5152

**COMPENSATION TO SALES AGENT/BROKER/ETC**. 10% of sale proceeds.

**ESTIMATED TRUSTEE'S COMPENSATION ON SALE**: $1500(Statutory Maximum )

**LIENS/MORTGAGES/SECURITY INTERESTS ENCUMBERING PROPERTY**: Trustee is aware of no liens, but if liens exist, property is sold free and clear with liens to attach to the proceeds.

 **DEBTOR'S EXEMPTION**: None

**PROCEEDS ESTIMATED TO BE PAID TO ESTATE**: $7500

Any party objecting to the Trustee's sale must do so in writing and in accordance with Local Rule 9014.  All objections should be filed with the Clerk of Court at 1100 Laurel Street, Columbia, SC 29201, with a copy served on the Trustee at his address as shown below.  A copy of the objection should also be served on the United States Trustee, Strom Thurmond Federal Building, 1835 Assembly Street, Suite  953, Columbia, SC 29201

. All objections must be filed and served within twenty one (21) days of the date of this notice shown below. TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **July 12, 2011, at 9:00 AM** at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, South Carolina 29202.

The Trustee may seek sanctions or other similar relief against any party filing a spurious objection to this notice.

Dated :June 8, 2010		*/s/ W. Ryan Hovis*

Rock Hill, South Carolina                W. Ryan Hovis, Trustee
                                                  Federal ID 1962
                                                  Post Office Box 10269
                                                  Rock Hill, South Carolina 29731-00269
                                                  (803) 366-1916

Case 10-07634-dd    Doc 19    Filed 06/08/11    Entered 06/08/11 18:05:54    Desc Main
Document    Page 2 of 7

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re: | )Case No. 10-07634-DD |
|     Marcus Wayne Brackeen | )Chapter 7 |
| | ) |
| Debtor_____ | ) |

                                                The undersigned, W. Ryan Hovis, hereby states that he mailed the within NOTICE OF APPLICATION AND OPPORTUNITY FOR HEARING CONCERNING SALE FREE AND CLEAR OF LIENS to the parties as shown in the attachment hereto, by depositing same in the Post Office, postage prepaid, at Rock Hill, South Carolina, where there is regular communication by mail, and that same was mailed postage prepaid on June 8, 2010.

                                                                             /s/W. Ryan Hovis_____

June 8, 2010

```
Label Matrix for local noticing          American Express                          American Express Bank FSB
0420-3                                   c/o Becket and Lee LLP                    c/o Becket and Lee LLP
Case 10-07634-dd                         Po Box 3001                               POB 3001
District of South Carolina               Malvern PA 19355-0701                     Malvern  PA 19355-0701
Columbia
Tue Jun  7 15:54:57 EDT 2011

American Express Centurion Line of Cred  Apex Financial Management, LLC            Bac Home Loans Servici
PO Box 981537                            P.O. BOX 2189                             450 American St
El Paso TX 79998-1537                    Northbrook IL 60065-2189                  Simi Valley CA 93065-6285


Bank Of America                          Bank of America Business                  Patti H. Bass
Po Box 17054                             PO Box 53101                              Bass & Associates, PC
Wilmington DE 19850-7054                 Phoenix AZ 85072-3101                     3936 E. Ft. Lowell Rd., Suite 200
                                                                                   Tucson, AZ 85712-1083


Marcus Wayne Brackeen                    CAB Collections                           Capital One Bank (USA), N.A.
3025 Exmoor Road                         Po Box 62889                              by American Infosource Lp As Agent
Columbia, SC 29204-7711                  N Charleston SC 29419-2889                PO Box 248839
                                                                                   Oklahoma City, OK  73124-8839


Capital One, N.a.                        Capital Recovery IV LLC                   Chase Bank USA, N.A (WAMU)
C/O American Infosource                  c/o Recovery Management Systems Corporat  726 Exchange Street, Ste 700
Po Box 54529                             25 SE 2nd Avenue Suite 1120               Buffalo NY 14210-1464
Oklahoma City OK 73154-1529              Miami FL 33131-1605


Citibank                                 Citicards                                 Columbia Heart Clinic
PO Box 15687                             Po Box 6241                               8 Richland Medical Park Drive, Suite 300
Wilmington DE 19850                      Sioux Falls SD 57117-6241                 Columbia SC 29203-8008


Critical Health Systems of SC            Fia Card Services, NA/Bank of America     GE Money Bank
P.O. BOX 18089                           by American Infosource Lp As Its Agent    PO Box 981284
Raleigh NC 27619-8089                    PO Box 248809                             El Paso TX 79998-1284
                                         Oklahoma City, OK  73124-8809


HSBC Bank Nevada, N.A.                   HSBC Bank Nevada, N.A.                    Hilco Rec
Bass & Associates, P.C.                  Bass & Associates, P.C.                   Attn: Bankruptcy
3936 E. Ft. Lowell Rd., Suite #200       3936 E. Ft. Lowell Rd, Suite 200          1120 Lake Cook Road Suite B
Tucson, AZ 85712-1083                    Tucson, AZ 85712-1083                     Buffalo Grove IL 60089-1970


W. Ryan Hovis                            Hsbc Best Buy                             PYOD LLC its successors and assigns
P.O. Box 10269                           Attn: Bankruptcy                          c/o Resurgent Capital Services
Rock Hill, SC 29731-0269                 Po Box 5263                               PO Box 19008
                                         Carol Stream IL 60197-5263                Greenville, SC 29602-9008


Palmetto Health                          Palmetto Health Baptist                   Palmetto Health Richland
P O Box 364                              C/O Payment Processing                    C/O Payment Processing
Columbia SC 29202-0364                   P.O. BOX 402130                           P.O. BOX 402111
                                         Atlanta GA 30384-2130                     Atlanta GA 30384-2111
```

```
(p)PORTFOLIO RECOVERY ASSOCIATES LLC          RMC                                    Reid B. Smith
PO BOX 41067                                  Po Box 50685                           Price Bird Smith & Boulware PA
NORFOLK VA 23541-1067                         Columbia SC 29250-0685                 1712 St Julian Place, Suite 102
                                                                                     Columbia, SC 29204-2447


Smith Debnam Narron Drake Saintsing           US Trustee's Office
& Myers, LLP                                  Strom Thurmond Federal Building
P.O. BOX 26268                                1835 Assembly St.
Raleigh NC 27611-6268                         Suite 953
                                              Columbia, SC 29201-2448
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
Department 922
P.O. BOX 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Reid B. Smith                              End of Label Matrix
Price Bird Smith & Boulware PA                Mailable recipients    34
1712 St Julian Place, Suite 102               Bypassed recipients     1
Columbia, SC 29204-2447                       Total                  35
```

## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: **10-07634-DD**

### ORDER AUTHORIZING SALE OF ASSET FREE AND CLEAR OF LIENS

The relief set forth on the following pages, for a total of _2___ pages including this page, is hereby **ORDERED**.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

In Re: )Case No. 10-07634-DD
    Marcus Wayne Brackeen )Chapter 7
    )
Debtor_____)

## ORDER AUTHORIZING SALE OF ASSET FREE AND CLEAR OF LIENS

This matter comes before the court on the Notice of Sale of the Trustee, W. Ryan Hovis, for authority to sell the estate's interest in the following assets free and clear of liens.

Carolina Walk Park, South Stadium Rd, Unit 325, Columbia, SC 29201   TMS 1129-04-29, Richland County

The Trustee has informed the court that all parties in interest have been notified of his intention to sell said property, and that no objection has been received by him or filed by any party to the proposed sale. The Trustee has represented to the court that such sale is in the best interest of creditors of the estate. The Trustee also has informed the court that there are liens on this property and they will be paid as the liens appear. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and convey the estate's interest in the above described assets at private sale to Langston Spotts and Catherine Spotts, , or Assigns, free and clear of liens for $7500.